■ In the Matter of Boris J. Friedkiss, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Motion by respondent to modify order of this court, dated February 14, 1967, denied. Beldock, P. J., Ughetta, Christ, Rabin and Benjamin, JJ., concur.